**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

United States Courts
Southern District of Texas
**FILED**

DEC 05 2025

Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| **DEBORAH JIRINZU** | § | |
| **Complainant,** | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO. _____** |
| | § | |
| **UNITED STATES OF AMERICA,** | § | |
| **Defendant** | § | |

---

**COMPLAINANT'S ORIGINAL COMPLAINT FOR DAMAGES
UNDER THE FEDERAL TORT CLAIMS ACT**

---

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COMES NOW DEBORAH JIRINZU, hereinafter referred to as Complainant in the above

styled cause, and files this Complaint for Damages against the UNITED STATES OF AMERICA,

hereinafter referred to as Defendant, and for cause of action would respectfully show this Honorable

Court the following:

1.      Jurisdiction in this case is founded upon provisions of the Federal Tort Claims Act, 28 USC

§ 1346(b), 28 USC § 2674, 39 USC § 409, and 39 USC § 2671.  The amount in controversy exceeds

the sum of the value of $100,000.00, exclusive of interest, costs, and attorney's fees.

2.      The Complainant is a resident of the State of Texas.  Each of the relevant facts complained of

herein occurred in Tomball, Harris County, Texas within the Houston Division of the United States

District for the Southern District of Texas.

3.      Complainant filed a claim for damages with the United States Department of The United

States Postal Service. Complainant sent a Letter of Representation on October 25, 2023, and is

attached hereto as *Exhibit 1*. Complainant then sent a letter to Tort Claims and Collections Specialist

on April 29, 2024, and is attached hereto as *Exhibit 2*. On or about August 29, 2024, the United States

provided written confirmation of its receipt of Plaintiff's claim which is attached hereto as *Exhibit 3*.

A copy of the most recent version of the SF-95 claim form, enclosure letter, Rider to SF-95, and

attached Certified Mail "Return Receipt" is attached to Plaintiff's Original Complaint and marked as

*Exhibit 4*. More than six months have elapsed since the claim was initially presented to Defendant

USA. Defendant USA has not made a final disposition of Plaintiffs' claims. Accordingly, Claimant's

claims are deemed denied pursuant to 28 U.S.C. § 2675(a).

4.      Service of Citation may be had upon the Defendant, United States of America, by serving its

agent, Nicholas J. Ganjei, United States Attorney for the Southern District of Texas and its office

located at Wells Fargo Plaza, 1000 Louisiana St., #2300, Houston, Harris County, Texas  77002, and

by sending a true and correct copy of the Complaint by Certified Mail, Return Receipt Requested, to

the Honorable Pam Bondi, Attorney General of the United States of America, U.S. Department of

Justice, 950 Pennsylvania Avenue, NW, Washington, D.C. 20530-0001, to Mr. Doug Tulino, Acting

Postmaster General of the United States Postal Service, USPS – Headquarters 475 L'Enfant Plaza

SW, Washington DC 20260-0010, and to Mr. David Steiner, who is anticipated to become Postmaster

General of the United States Postal Service, USPS – Headquarters 475 L'Enfant Plaza SW,

Washington DC 20260-0010 once his ethics and security clearance vetting processes are completed.

5.      On or about July 6, 2023, Complainant, DEBORAH JIRINZU, was driving a vehicle and

had stopped at a traffic light in the 19700 block of Hufsmith Hohrville Rd. in Tomball, Texas.

6.      On that date and time, JOVOLANCE DEPREE BOWMAN, an agent or employee of the

Defendant, UNITED STATES OF AMERICA, by and through the United States Postal Service,

was operating a 1991 GMC G Series while in the course and scope of his employment with

2

Defendant, UNITED STATES OF AMERICA.

7.    JOVOLANCE DEPREE BOWMAN was traveling on the same roadway and in the same direction as Complainant when JOVOLANCE DEPREE BOWMAN failed to control the speed of his vehicle and collided into Complainant's vehicle.

8.    As a result of the collision described above, Complainant suffered bodily injuries and damages to her person and body generally.

9.    JOVOLANCE DEPREE BOWMAN was guilty of acts of omission and commission which constituted negligence and negligence per se, and such acts and omissions, singularly or in combination with others, were a proximate cause or causes of the collision in question and of the serious bodily injuries and damages to Complainant.

10.    JOVOLANCE DEPREE BOWMAN was negligent in that he violated the duty which he owed Complainant to exercise ordinary care in the operation of a motor vehicle in one or more of the following particulars:

   a.    in failing to control the speed of the vehicle and colliding the vehicle into the Complainant's vehicle;

   b.    in being inattentive and colliding the vehicle into Complainant's vehicle;

   c.    in failing to keep such lookout that a person of ordinary prudence would have kept under the same or similar circumstances and colliding the vehicle into Complainant's vehicle;

   d.    in failing to drive safely by colliding the vehicle into Complainant's vehicle;

   e.    in failing to keep a proper lookout;

   f.    in failing to apply or timely apply the brakes to the vehicle; and

   g.    in driving at an excessive or unreasonable rate of speed such that he was unable to stop or prevent the vehicle from colliding into the vehicle Complainant was

3

occupying.

Each of such acts and omissions, singularly or in combination with others, constitute negligence which proximately caused the collision and the injuries and damages which Complainant suffered.

11.     JOVOLANCE DEPREE BOWMAN was negligent per se on the date in question by engaging in conduct in violation of the following statutes, to wit:

   a.     Texas Transportation Code § 545.062, by failing to maintain an assured clear distance between the two vehicles so that, considering the speed of the vehicles, traffic, and the conditions of the highway, the operator can safely stop without colliding with the preceding vehicle or veering into another vehicle, object, or person on or near the highway; and

   b.     Texas Transportation Code § 545.351, by failing to control the speed of a vehicle as necessary to avoid colliding with another person or vehicle that is on or entering the highway in compliance with law and by breaching the duty of each person to use due care.

Each of such acts and omissions, singularly or in combination with others, constitute negligence per se which proximately caused the collision and the injuries and damages which Complainant suffered.

12.     JOVOLANCE DEPREE BOWMAN was guilty of acts of omission and commission which constituted negligence and negligence per se while acting as an employee of Defendant, UNITED STATES OF AMERICA and while acting in the course and scope of his employment and in the furtherance of the business of Defendant, UNITED STATES OF AMERICA, and was a proximate cause or causes of the incident in question and of the property damages and serious bodily injuries and damages to the Complainant for which sum Complainant herein now sues and for which sum said Defendant is vicariously liable. Defendant, UNITED STATES OF AMERICA is liable to Complainant under the theory of *respondeat superior*.

4

13.     Complainant understands the amounts claimed in the SF-95 to control the Court's jurisdiction to award damages in this matter, and in an abundance of caution indicated damages might be as much as $10,005,959.82. However, at this time Complainant seeks monetary damages of only $999,999.99.

14.     Such damages include but are not limited to property damages, past and future physical pain and mental anguish, past and future physical impairment, past and future medical care expenses, past and future damage to earning capacity and past and future disfigurement.  All of said damages are a direct and proximate result of Defendant's negligence and negligence per se.

15.     WHEREFORE, PREMISES CONSIDERED, Complainant prays that the Defendant herein be duly cited to appear and answer herein, and that upon final hearing of this cause, Complainant have and recover judgment from Defendant in an amount within the jurisdictional limits of this Court, together with post-judgment interest as allowed by law, plus reasonable costs of Court, and for such other and further relief, both general and special, at law and in equity, to which the Complainant may show himself to be justly entitled.

Respectfully submitted,

TYLER & PEERY
5822 West IH 10
San Antonio, Texas 78201
(210) 340-0900 PHONE
(210) 736-9197 FACSIMILE

_____

JOHN N. TYLER
State Bar #: 20357690
j.tyler@tylerpeery.com
MARK A. SUTTON
Mark@tylerpeery.com
State Bar No. 24129552

ATTORNEYS FOR PLAINTIFF

5

John N. Tyler*†
Dennis C. Peery*
James H. Shaffer*†



THE LAW OFFICES OF
TYLER
& PEERY



R. Craig Bettis†
Mark A. Sutton

October 25, 2023

Via Facsimile 650-578-4997
And Via Regular USPS 1st Class Mail
United States Postal Service
**Attn: Tort Claims Coordinator**
P.O. Box 162166
Fort Worth, Tx 76161

> RE:   Our Client:              Deborah Jirinzu
>        Your Driver/Insured:    Jovolance Depree Bowman
>        Date of Loss:           7/6/23

Dear Tort Claims Coordinator:

Please be advised that I have been retained by Ms. Deborah Jirinzu to pursue a claim for damages arising from a motor vehicle accident that occurred with the United States Postal Service and their driver, Jovolance Depree Bowman, in Tomball, Texas (Harris County) on July 6, 2023.  At the time of the occurrence, the United States Postal Service vehicle failed to yield the right of way and control its speed at or near the intersection of Hufsmith Kohrville Rd and Fountain Bend Dr. and rear-ended Ms. Jirinzu vehicle causing her to impact the car in front of her.  I have enclosed a copy of the police report for your quick reference.

My client received bodily injuries including pain to her neck, lower back and generalized body pain. My client is diagnosed with MS and the collision severely exacerbated her symptoms. The medical expenses are unknown at this time.

Please have this matter turned over to your insurance adjuster. Your written acknowledgment of this letter would be appreciated.  Please contact me if you have any questions or comments or need further information.

Sincerely yours,

JOHN N. TYLER

EXHIBIT 1

JNT:va
Encls. – police report

**5822 West IH 10 • San Antonio, TX 78201-2851 • Phone (210) 340-0900 • Fax (210) 736-9197**
**www.tylerpeery.com**

*Board Certified • Personal Injury Trial Law, Texas Board of Legal Specialization
†Also Licensed in Colorado

x  x  x  Communication Result Report ( Oct. 25. 2023 3:55PM ) x  x  x

1) TYLER & PEERY LAW OFFICE
2) TYLER & PEERY LAW OFFICE

Date/Time: Oct. 25. 2023  3:52PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|------|------|-------------|-------|--------|----------|
| 0037 | Memory TX | 16505784997 | P. 6 | OK | |

Reason for error
E. 1) Hang up or line fail
E. 3) No answer
E. 5) Exceeded max. E-mail size
E. 2) Busy
E. 4) No facsimile connection
E. 6) Destination does not support IP-Fax




October 25, 2023

**Dear Tort Claims Coordinator:**

5822 West IH 10 • San Antonio, TX 78201-2851 • Phone (210) 340-0900 • Fax (210) 736-9197

John N. Tyler*†
Dennis C. Peery*
James H. Shaffer*†


THE LAW OFFICES OF
**TYLER & PEERY**

R. Craig Bettis†
Robert C. Cowan, Jr.
Of Counsel

April 29, 2024

**CMRRR 7020 3160 001 1366 0530**
United States Postal Service
Attn: Jimmy Lopez, Tort Claims and Collections Specialist
4600 Aldine Bender Rd., Ste 200
Houston, Texas 77315

RE:   Our Client:         Deborah Jirinzu
        Your Driver/Insured:   Jovolance Depree Bowman
        Date of Loss:       7/6/23

Dear Mr. Jimmy Lopez, Tort Claims and Collections Specialist:

Please be advised that I have been retained by Ms. Deborah Jirinzu to pursue a claim for damages arising from a motor vehicle accident that occurred with the United States Postal Service and their driver, Jovolance Depree Bowman, in Tomball, Texas (Harris County) on July 6, 2023. At the time of the occurrence, the United States Postal Service vehicle failed to yield the right of way and control its speed at or near the intersection of Hufsmith Kohrville Rd and Fountain Bend Dr. and rear-ended Ms. Jirinzu vehicle causing her to impact the car in front of her. I have enclosed a copy of the police report for your quick reference.

My client received bodily injuries including pain to her neck, lower back and generalized body pain. My client is diagnosed with MS and the collision severely exacerbated her symptoms. The medical expenses are unknown at this time. Ms. Jirinzu's past medical expenses total $48,509.04. Dr. Frank Kuwamura has recommended an anterior cervical discectomy with fusion at C4/5 and C5/6 at an estimated cost of $234,889.59. He has also recommended a microscopic laminectomy discectomy at L4/5 and L5/S1 at an estimated cost of $160,444.78. Dr. Frank Kuwamura opined that the injuries for which the surgeries are necessary were a direct and proximate result of the motor vehicle accident. The estimated damages proximately caused by the accident are in the sum certain amount of $750,000.00. This includes property damage, the past and future medical expenses, pain and suffering, physical impairment, and disfigurement,

**EXHIBIT 2**

Your written acknowledgment of this letter would be appreciated.  As soon as the injuries are addressed and you acknowledge this letter, I will prepare an SF 95 claim and send it to you.

Please contact me if you have any questions or comments or need further information.

Sincerely yours,

JOHN N. TYLER

JNT:va
Encls. – police report



**Texas Department of Transportation**

125 EAST 11TH STREET, AUSTIN, TEXAS 78701-2483 | WWW.TXDOT.GOV

Mon, 23 October 2023

STATE OF TEXAS          §

This is to certify that I, Jim Markham, am employed by the Texas Department of
Transportation (Department); that I am the Custodian of Motor Vehicle Crash Records for
such Department; that the attached is a true and correct copy of the peace officer's report
filed with the Department referred to in the attached request with the crash date of Thu,
06 July 2023, which occurred in Harris County; that the investigations of motor vehicle
crashes by peace officers are authorized by law; that this Texas Peace Officer's Crash
Report is required by law to be completed and filed with this Department; that this report
sets forth matters observed pursuant to duty imposed by law as to which matters there
was a duty to report, or factual findings resulting from an investigation made pursuant to
authority granted by law.



Jim Markham
Director, Crash Data & Analysis Section
Traffic Safety Division
125 East 11th Street
Austin, TX  78701-2483

OUR VALUES: *People • Accountability • Trust • Honesty*
OUR MISSION: *Connecting You With Texas*

An Equal Opportunity Employer

Law Enforcement and TxDOT Use ONLY

☐ FATAL  ☐ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

| Total Num. Units | 3 | Total Num. Prsns | 3 | TxDOT Crash ID | 19641395.1 / 2023328902 |

**Texas Peace Officer's Crash Report (Form CR-3 4/1/2023)**

Refer to the attached code sheet for numbered fields
\*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Questions? Call 844/274-7457

Page 1 of 4

## IDENTIFICATION & LOCATION

| *Crash Date (MM/DD/YYYY) | 0 7 / 0 6 / 2 0 2 3 | *Crash Time (24HR:MM) | 1 1 1 0 9 | Case ID | 2307-00682 | Local Use | |

| *County Name | HARRIS | *City Name | | | ☒ Outside City Limit |

| In your opinion, did this crash result in at least $1000 damage to any one person's property? ☒ Yes ☐ No | Latitude (decimal degrees) | | · | | Longitude — (decimal degrees) | | · | |

**ROAD ON WHICH CRASH OCCURRED**

| *1 Rdwy. Sys. | LR | *Hwy. Num. | | 2 Rdwy. Part | 1 | Block Num. | 19700 | 3 Street Prefix | | * Street Name | NUFSMITH KOHRVILLE | 4 Street Suffix | RD |

| Private Drive or Road, Private Property, Parking Lot | 3 Dir. of Traffic | S | ☐ Toll Road/ Toll Lane | Speed Limit | 45 | Const. ☐ Yes Zone ☒ No | Workers ☐ Yes Present ☒ No | Secondary ☐ Yes Crash ☒ No | Street Desc. | |

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

| At ☒ Yes Int. ☐ No | 1 Rdwy. Sys. | LR | Hwy. Num. | | 2 Rdwy. Part | 1 | Block Num. | 11600 | 3 Street Prefix | | Street Name | FOUNTAIN BEND | 4 Street Suffix | DR |

| Distance from Int. or Ref. Marker | ☐ FT ☐ MI | 3 Dir. from Int. or Ref. Marker | Ref. Marker | Speed Limit | 30 | Street Desc. | | RRX Num. | |

## VEHICLE, DRIVER & PERSONS

| Unit Num. | 1 | 5 Unit Desc. | 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State | TX | LP Num. | 9209128 | VIN | 1 6 B B S 1 0 E 7 K 2 3 1 5 1 5 2 |

| Veh. Year | 1 9 9 1 | 6 Veh. Color | WHI | Veh. Make | GMC | Veh. Model | G SERIES | 7 Body Style | VN |

| ☐ Responder Struck (Explain in Narrative if checked) | 8 Autonomous Unit | NO | 9 Autonomous Level Engaged | NO AUTOMATION | ☐ Police, Fire, EMS on Emergency (Explain in Narrative if checked) |

| 10 DL/ID Type | 1 | DL/ID State | TX | DL/ID Num. | 44065441 | 11 DL Class | C | 12 CDL End. | 96 | 13 DL Rest. | 96 | DOB (MM/DD/YYYY) | 0 2 / 2 8 / 1 9 9 1 |

| Address (Street, City, State, ZIP) | 15903 YORKTOWN CROSSING PKWY HOUSTON, TX 77084 |

| Person Num. | 14 Prsn. Type | 15 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 16 Injury Severity | Age | 17 Ethnicity | 18 Sex | 19 Eject | 20 Rest. | 21 Airbag | 22 Helmet | 23 Sol. | 24 Alc. Spec. | Alc. Result | 25 Drug Spec. | 26 Drug Result | 27 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | BOWMAN, JOVOLANCE DEPREE | N | 32 | B | 2 | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| ☒ Owner ☐ Lessee | Owner/Lessee Name & Address | UNITED STATES POSTAL SERVICE, 4600 ALDINE BENDER RD HOUSTON, TX 77032 |

| Proof of Fin. Resp. ☐ Yes ☐ No ☒ Exempt | 28 Fin. Resp. Type | Fin. Resp. Name | UNITED STATES POSTAL SERVICE | Fin. Resp. Num. | SELF INSURED GOVERNMENT VEHICLE |

| Fin. Resp. Phone Num. | 713-226-3753 | 29 Vehicle Damage Rating 1 | 1 1 2 | F D | 1 | 29 Vehicle Damage Rating 2 | | · | | Vehicle Inventoried ☐ Yes ☒ No |

| Towed By | NOT TOWED | Towed To | NOT TOWED |

| Unit Num. | 2 | 5 Unit Desc. | 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State | TX | LP Num. | CZON | VIN | 1 9 U U A 9 F 5 1 A A 0 0 2 2 0 0 |

| Veh. Year | 2 0 1 0 | 6 Veh. Color | WHI | Veh. Make | ACURA | Veh. Model | TL | 7 Body Style | P4 |

| ☐ Responder Struck (Explain in Narrative if checked) | 8 Autonomous Unit | NO | 9 Autonomous Level Engaged | NO AUTOMATION | ☐ Police, Fire, EMS on Emergency (Explain in Narrative if checked) |

| 10 DL/ID Type | 1 | DL/ID State | TX | DL/ID Num. | 00025703 | 11 DL Class | C | 12 CDL End. | 96 | 13 DL Rest. | A | DOB (MM/DD/YYYY) | 0 8 / 1 8 / 1 9 6 2 |

| Address (Street, City, State, ZIP) | 2980 CREEK BEND DR NEW BRAUNFELS, TX 78130 |

| Person Num. | 14 Prsn. Type | 15 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 16 Injury Severity | Age | 17 Ethnicity | 18 Sex | 19 Eject | 20 Rest. | 21 Airbag | 22 Helmet | 23 Sol. | 24 Alc. Spec. | Alc. Result | 25 Drug Spec. | 26 Drug Result | 27 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | JIRINZU, DEBORAH ANN | C | 60 | B | 2 | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| ☒ Owner ☐ Lessee | Owner/Lessee Name & Address | JIRINZU, DEBORAH ANN, 2980 CREEK BEND DR NEW BRAUNFELS, TX 78130 |

| Proof of Fin. Resp. ☒ Yes ☐ No | 28 Fin. Resp. Type ☐ Expired ☐ Exempt 2 | Fin. Resp. Name | USAA | Fin. Resp. Num. | 0062629517102 |

| Fin. Resp. Phone Num. | 800-531-8722 | 29 Vehicle Damage Rating 1 | 1 6 | B D | 1 | 29 Vehicle Damage Rating 2 | 1 2 | F D | 1 | Vehicle Inventoried ☒ Yes ☐ No |

| Towed By | CHAMPIONS POINTE WRECKER #188 | Towed To | 27210 SH249 #100 TOMBALL, TX 77375 |

Copy from Custodial File

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 4/1/2023)

Case ID: 2307-00682
TxDOT Crash ID: 19641395.1/2023328902

Page 2 of 4

### DISPOSITION OF INJURED/KILLED

| Unit Num. | Pran. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HRMM) |
|---|---|---|---|---|---|
| 2 | 1 | Hospital | Ambulance | | |
| | | | | | |
| | | | | | |
| | | | | | |

### CHARGES

| Unit Num. | Pran. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| 1 | 1 | Fail to Control Speed | EE20271094 |

### DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

### CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ Transporting Hazardous Material | ☐ 9+ Capacity | CMV Disabling Damage? ☐ Yes ☐ No | 30 Veh. Oper. | 31 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|
| Carrier's Corp. Name | | | Carrier's Primary Addr. | | | | | 32 Veh. Type |
| 33 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 34 HazMat Class Num. | HazMat ID Num. | 34 HazMat Class Num. | HazMat ID Num. | 35 Cargo Body Type |
| Unit Num. | ☐ RGVW ☐ GVWR | 36 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 36 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
| Sequence Of Events | 37 Seq. 1 | 37 Seq. 2 | 37 Seq. 3 | 37 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles |

### FACTORS & CONDITIONS

| 38 Contributing Factors (Investigator's Opinion) | | | | 39 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | | May Have Contrib. | Contributing | May Have Contrib. | 40 Weather Cond. | 41 Light Cond. | 42 Entering Roads | 43 Roadway Type | 44 Roadway Alignment | 45 Roadway Surface Condition | 46 Traffic Control |
| 1 | 22 | 98 | | | 98 | 3 | 1 | 3 | 1 | 1 | 2 | 5 |

### NARRATIVE AND DIAGRAM

**Investigator's Narrative Opinion of What Happened**
(Attach Additional Sheets if Necessary)

Driver of unit 3 stated she was traveling south on 19700 Hufsmith Kohrville Rd and stopped for the red light on 19700 Hufsmith Kohrville Rd at 11600 Fountain Bend Dr. She stated while stopped at the light, she felt unit 2 strike the rear portion of her vehicle causing minor damage to the rear of her vehicle. After the driver of unit 3 exited her vehicle, she noticed a United States Postal Service truck had struck unit 2 in the rear portion of the vehicle causing minor damage to the rear portion of unit 2. Driver of unit 2 stated she was traveling south on 19700 Hufsmith Kohrville Rd and had stopped behind unit 3 due to the red light. She stated a moment later she felt the rear of her vehicle being struck from behind by unit 1 causing her vehicle to strike unit 3 in the rear portion of the vehicle. Driver of unit 1 stated she was traveling south on 19700 Hufsmith Kohrville Rd and noticed the red light at the intersection of 19700 Hufsmith Kohrville Rd and 11600 Fountain Bend Dr had turned red, so she applied the brakes, but the vehicle did not stop before striking the rear portion of unit 2 vehicle. Driver of unit 1, stated the road was slippery due to the light rain and the tires on the vehicle did not have good tread. Unit 1 is a United States Postal Service mail truck and does not have license plate or a motor registration due to being a government vehicle. The vehicle was identified by the vehicle identification number and the vehicle id number 9209128. Driver of unit 2 was transported by ESD 11 422 to Tomball Hospital for precaution, because she stated she was in pain all over. Driver of unit 2 stated she has MS and stress causes pain in her muscles. Unit 2 had minor damage to front and back areas of the vehicle. Unit 2 was towed due to driver being transported to the hospital and no one able to take possession of the vehicle to drive it away.

Indicate North

Field Diagram - Not to Scale

Not To Scale

19700 HUFSMITH KOHRVILLE RD

11600 FOUNTAIN BEND DR

### INVESTIGATOR

| Date Notified (MM/DD/YYYY) | 07/06/2023 | Time Notified (24HRMM) | 1 1 1 1 4 | How Notified | Dispatched |
|---|---|---|---|---|---|
| Date Arrived (MM/DD/YYYY) | 07/06/2023 | Time Arrived (24HRMM) | | Report Date (MM/DD/YYYY) | 07/07/2023 |
| Date Roadway Cleared (MM/DD/YYYY) | 07/06/2023 | Time Roadway Cleared (24HRMM) | 1 1 3 0 | Date Scene Cleared (MM/DD/YYYY) | 07/06/2023 | Time Scene Cleared (24HRMM) | 1 2 5 0 |
| Investigation Complete ☒ Yes ☐ No | Investigator Name (Printed) | Hardin, Scott | | ID Num. | C40163 |
| ORI Num. | T X 1 0 1 4 9 0 0 | *Agency | HARRIS COUNTY CONSTABLE PRECINCT 4 | Service/Region/DA | W D |

Copy from Custodial File

Law Enforcement and TxDOT Use ONLY

☐ FATAL  ☐ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

| Total Num. Units | 3 | Total Num. Trans. | 3 | TxDOT Crash ID | 19641395.1 /2023328902 |

**Texas Peace Officer's Crash Report (Form CR-3 4/1/2023)**

Refer to the attached code sheet for numbered fields    Questions? Call 844/274-7457

*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 3 of 4

## IDENTIFICATION & LOCATION

| *Crash Date (MM/DD/YYYY) 0 7 / 0 6 / 2 0 2 3 | *Crash Time (24HR/MM) 1 1 1 0 9 | Case ID 2307-00682 | Local Use |

| *County Name HARRIS | *City Name | ☒ Outside City Limit |

In your opinion, did this crash result in at least $1000 damage to any one person's property? ☒ Yes ☐ No    Latitude (decimal degrees) | . |    Longitude — (decimal degrees) | . |

### ROAD ON WHICH CRASH OCCURRED

| *1 Rdwy. Sys. IH | *Hwy. Num. | 2 Rdwy. Part 1 | Block Num. 19700 | 3 Street Prefix | * Street Name HUFSMITH KOHRVILLE | 4 Street Suffix RD |

| ☐ Private Drive or Road, Private Property, Parking Lot | 3 Dir. of Traffic S | ☐ Toll Road/ Toll Lane | Speed Limit 45 | Const. ☐ Yes Zone ☒ No | Workers ☐ Yes Present ☒ No | Secondary ☐ Yes Crash ☒ No | Street Desc. |

INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

| At ☒ Yes Int. ☐ No | 1 Rdwy. Sys. IH | Hwy. Num. | 2 Rdwy. Part 1 | Block Num. 11600 | 3 Street Prefix | Street Name FOUNTAIN BEND | 4 Street Suffix DR |

| Distance from Int. or Ref. Marker | ☐ FT ☐ MI | 3 Dir. from Int. or Ref. Marker | Ref. Marker | Speed Limit 30 | Street Desc. | RRX Num. |

## VEHICLE, DRIVER & PERSONS

| Unit Num. 3 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State TX | LP Num. KMT0552 | VIN K N D J N 2 A 2 0 F 7 6 7 0 8 7 |

| Veh. Year 2 0 1 5 | 6 Veh. Color GRY | Veh. Make KIA | Veh. Model SOUL | 7 Body Style P4 |

| ☐ Responder Struck (Explain in Narrative if checked) | 8 Autonomous Unit NO | 9 Autonomous Level Engaged NO AUTOMATION | ☐ Police, Fire, EMS on Emergency (Explain in Narrative if checked) |

| 10 DL/ID Type 1 | DL/ID State TX | DL/ID Num. 41911958 | 11 DL Class C | 12 CDL End. 96 | 13 DL Rest. A | DOB (MM/DD/YYYY) 0 8 / 1 9 / 1 9 6 9 |

| Address (Street, City, State, ZIP) 14500 CUTTEN RD HOUSTON, TX 77069 |

| Person Num. | 14 Prsn. Type | 15 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 16 Injury Severity | Age | 17 Ethnicity | 18 Sex | 19 Eject | 20 Restr. | 21 Airbag | 22 Helmet | 23 Sol. | 24 Alc. Spec. | Alc. Result | 25 Drug Spec. | 26 Drug Result | 27 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | GUETERSLOH, KIMBERLY ANN | N | 53 | W | 2 | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |
| | | | | | | | | | | | | | Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit. | | | | |

| ☒ Owner ☐ Lessee | Owner/Lessee Name & Address GUETERSLOH, KIMBERLY ANN, 14500 CUTTEN RD HOUSTON, TX 77069 |

| Proof of Fin. Resp. ☒ Yes ☐ No | ☐ Expired ☐ Exempt | 28 Fin. Resp. Type 2 | Fin. Resp. Name ALLSTAR | Fin. Resp. Num. 000000429164294 |

| Fin. Resp. Phone Num. 800-255-7828 | 29 Vehicle Damage Rating 1 | 6 - B D 1 1 | 29 Vehicle Damage Rating 2 | . | . | Vehicle Inventoried ☐ Yes ☒ No |

| Towed By NOT TOWED | Towed To NOT TOWED |

| Unit Num. | 5 Unit Desc. | ☐ Parked Vehicle | ☐ Hit and Run | LP State | LP Num. | VIN |

| Veh. Year | 6 Veh. Color | Veh. Make | Veh. Model | 7 Body Style |

| ☐ Responder Struck (Explain in Narrative if checked) | 8 Autonomous Unit | 9 Autonomous Level Engaged | ☐ Police, Fire, EMS on Emergency (Explain in Narrative if checked) |

| 10 DL/ID Type | DL/ID State | DL/ID Num. | 11 DL Class | 12 CDL End. | 13 DL Rest. | DOB (MM/DD/YYYY) / / |

| Address (Street, City, State, ZIP) |

| Person Num. | 14 Prsn. Type | 15 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 16 Injury Severity | Age | 17 Ethnicity | 18 Sex | 19 Eject | 20 Restr. | 21 Airbag | 22 Helmet | 23 Sol. | 24 Alc. Spec. | Alc. Result | 25 Drug Spec. | 26 Drug Result | 27 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit. | | | | |

Copy from Custodial File

| ☐ Owner ☐ Lessee | Owner/Lessee Name & Address |

| Proof of Fin. Resp. ☐ Yes ☐ No | ☐ Expired ☐ Exempt | 28 Fin. Resp. Type | Fin. Resp. Name | Fin. Resp. Num. |

| Fin. Resp. Phone Num. | 29 Vehicle Damage Rating 1 | - | . | 29 Vehicle Damage Rating 2 | . | . | Vehicle Inventoried ☐ Yes ☐ No |

| Towed By | Towed To |

Law Enforcement and TxDOT Use ONLY.
Form CR-3  (Rev. 4/1/2023)

| Case ID | 2307-00682 | TxDOT Crash ID | 19641395.1/2023328902 | Page 4 of 4 |

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Pran. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HRMM) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## CHARGES

| Unit Num. | Pran. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

| Unit Num. | | 10,001+ LBS. | Transporting Hazardous Material | | 9+ Capacity | CMV Disabling Damage? Yes No | 30 Veh. Oper. | 31 Carrier ID Type | | Carrier ID Num. | | 32 Veh. Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Carrier's Corp. Name | | | | Carrier's Primary Addr. | | | | | | | | |
| 33 Bus Type | RGVW GVWR | | HazMat Released Yes No | 34 HazMat Class Num. | HazMat ID Num. | | 34 HazMat Class Num. | HazMat ID Num. | | 35 Cargo Body Type | | |
| Unit Num. | RGVW GVWR | | 36 Trlr. Type | CMV Disabling Damage? Yes No | Unit Num. | RGVW GVWR | | 36 Trlr. Type | CMV Disabling Damage? Yes No | | | |
| Sequence Of Events | 37 Seq. 1 | 37 Seq. 2 | 37 Seq. 3 | 37 Seq. 4 | Intermodal Shipping Container Permit Yes No | Actual Gross Weight | Total Num. Axles | | | | | |

## FACTORS & CONDITIONS

| 38 Contributing Factors (Investigator's Opinion) | | | 39 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 40 Weather Cond. | 41 Light Cond. | 42 Entering Roads | 43 Roadway Type | 44 Roadway Alignment | 45 Surface Condition | 46 Traffic Control |
| | | | | | | | | | | | |

## NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened
(Attach Additional Sheets if Necessary)

Indicate North

Field Diagram - Not to Scale

## INVESTIGATOR

| Date Notified (MM/DD/YYYY) | 07/06/2023 | Time Notified (24HRMM) | 1 1 1 1 4 | How Notified | Dispatched |
| Date Arrived (MM/DD/YYYY) | 07/06/2023 | Time Arrived (24HRMM) | | Report Date (MM/DD/YYYY) | 07/07/2023 |
| Date Roadway Cleared (MM/DD/YYYY) | 07/06/2023 | Time Roadway Cleared (24HRMM) | 1 1 1 3 0 | Date Scene Cleared (MM/DD/YYYY) 07/06/2023 | Time Scene Cleared (24HRMM) | 1 1 2 5 0 |
| Investigation Complete | X Yes No | Investigator Name (Printed) | Hardin, Scott | ID Num. | C40163 |
| ORI Num. | T X 1 0 1 4 9 0 0 | *Agency | HARRIS COUNTY CONSTABLE PRECINCT 4 | Service/ Region/DA | W D |

Copy from Custodial File



SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States Postal Service
Attn: Jimmy Lopez, Tort Claims and
Collections Specialist
4600 Aldine Bender Rd., Ste 200
Houston, Texas 77315

9590 9402 8483 3186 1479 13

2. Article Number (Transfer from service label)

7020 3160 0001 1366 0530

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)    $
☐ Return Receipt (electronic)    $
☐ Certified Mail Restricted Delivery    $
☐ Adult Signature Required    $
☐ Adult Signature Restricted Delivery  $

Postmark
Here

Postage
$

Total Postage

Sent To
United States Postal Service
Attn: Jimmy Lopez, Tort Claims and
Collections Specialist
4600 Aldine Bender Rd., Ste 200
Houston, Texas 77315

Street an

City, Stat

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7020 3160 0001 1366 0530

LAW DEPARTMENT
NATIONAL TORT CENTER

 UNITED STATES
POSTAL SERVICE

August 29, 2024

Mr. John N. Tyler
Mr. Mark A. Sutton
The Law Office of Tyler & Perry
5822 West IH 10
San Antonio, TX 78201

Re:    Claimant:              Deborah Jirinzu
       Date of Incident:      July 6, 2023
       NTC File No.:          NT202446591

Dear Mr. Tyler & Mr. Sutton:

Please be advised that the above-referenced matter which was presented on behalf
of Deborah Jirinzu with the United States Postal Service on July 29, 2024 has been
assigned to the National Tort Center for adjudication.

This matter will be adjudicated as soon as possible; however, please be advised that
pursuant to the Federal Tort Claims Act (28 U.S.C. §1346), the Postal Service has
six (6) months from July 29, 2024 in which to complete its adjudication.  Federal law
mandates that "an action shall not be instituted" unless the plaintiff has filed an
administrative claim and either obtained a written denial or waited six months. 28
U.S.C. §2675(a).  Accordingly, once a valid claim is received by the Postal Service,
the time period to file litigation does not begin until such time as a written denial is
issued by the Postal Service or alternatively, Claimant may file, but is not required to
file litigation, no sooner than six months from the date of presentment.  State statute
of limitations do not apply to FTCA matters.

As set forth in the instruction section of the SF-95, a claimant is required to provide
documentation to support his/her claim. Based upon an initial review of this claim,
please provide the following at your earliest opportunity:

        ☒Nothing additional needed at this time

Any additional information and/or documentation supporting Claimant's matter
should be provided to me directly, preferably via email in PDF format for most
efficient transmittal and handling. My email address is set forth below.  **Please note
that the Department of Justice regulations and the Postal Service regulations
regarding the presentment of tort claims do not provide for the presentment of
electronic tort claims or electronic amended tort claims.  Accordingly, the**

1720 MARKET STREET, ROOM 2400
ST. LOUIS, MO 63155-9948
TEL: 314/345-5820
FAX: 314/345-5893

EXHIBIT 3

We previously submitted an SF-95 in connection with this claim and all related documentation to the appropriate departments within the United States Postal Service and U.S. government. I have enclosed a copy of our our previous correspondence and SF95 form.

Apparently, there was a glitch when filling out the amount of damages on the actual SF-95 which caused the damages amounts, when typed into the appropriate field, to automatically disappear. To redress this issue we are formally AMENDING the previously submitted SF-95.

I am enclosing our Amended SF-95 which indicates the Amount of Claim.   If you require anything further, please contact me at (210) 340-0900 or j.tyler@tylerpeery.com.

Thank you for your time and attention to this matter.

Sincerely yours,

JOHN N. TYLER

JNT/MAS:va
Encls. As stated

John N. Tyler*†
Dennis C. Peery*
James H. Shaffer*†



THE LAW OFFICES OF
**TYLER & PEERY**

Mark A. Sutton
Kevin M. Peery

1990-2020
**30°**
Anniversary

June 6, 2025

# AMENDED

## NOTICE OF CLAIM PURSUANT TO THE FEDERAL TORT CLAIMS ACT WITH ENCLOSED SF-95 and RIDER TO SF-95

**CMRRR 9589 0710 5270 2061 8726 54**
Ms. Cindy J. Cozad
Tort Claims Adjudicator/Examiner
1720 Market Street, Room 2400
St. Louis, MO 63155

**CMRRR # 9589 0710 5270 2061 8726 47**
Chief Counsel, Torts
General Law Service Center
USPS National Tort Center
1720 Market Street, Room 2400
St. Louis, MO 63155-9948

**CMRRR # 9589 0710 5270 2061 8726 30**
Mr. James "Jimmy" A. Lopez,
Tort Claims and Collections Specialist
United States Postal Service
4600 Aldine Bender Rd., Ste. 200
Houston, TX 77315

|  |  |  |
|--|--|--|
| RE: | Our Client: | Deborah Jirinzu |
|  | NTC File No.: | NT202446591 |
|  | USPS Case #: | 770-23-00589974A |
|  | Date of Collision: | July 6, 2023 |

Dear Ms. Cozad:

As you may be aware, our law firm has been hired by Ms. Deborah Jirinzu to pursue a claim for personal injury damages arising from an automobile accident which occurred on July 6, 2023, in Houston, Harris County, Texas involving a United States Postal Service (USPS) employee, Jovolance Depree Bowman. Please direct all future correspondence to me.

**EXHIBIT 4**

5822 West IH 10 • San Antonio, TX 78201-2851 • Phone (210) 340-0900 • Fax (210) 736-9197
www.tylerpeery.com

*Board Certified • Personal Injury Trial Law, Texas Board of Legal Specialization
†Also Licensed in Colorado

- 2 -

email address below may only be used for submission of supporting
documentation and/or communication regarding this claim, and *never* for
submission of tort claims or amended tort claims which must be presented as
set forth in the regulations. *See* **28 CFR Part 14; 39 CFR Part 912.** Also please
note that the Postal Service does not allow us to access drop boxes or other such
electronic formats to obtain documentation; accordingly, to provide documentation in
electronic format, you must email it directly to me in PDF format. Alternatively, if
necessary, you may provide supporting documentation via mail to my attention to
the National Tort Center, United States Postal Service, 1720 Market Street, Room
2400, St. Louis, Missouri 63155-9948. However, mailing the documentation may
cause delays in the adjudication of this matter due to additional processing time
necessitated by paper documents.

Please note:  The United States Postal Service is not insured with any automobile
insurance carrier, does not carry uninsured or underinsured motorist coverage and is
not a self-insured entity. To the extent that the United States Postal Service is found
liable for damages under the provisions of the Federal Tort Claims Act ("FTCA"),
payment of any judgment is made from its general fund.

Be assured that the Postal Service works diligently to adjudicate all claims within the
six month time period; however, it is possible that it might take a bit longer for us to
be able to complete a thorough evaluation and consideration of this claim. You may
contact the National Tort Center at any time to obtain a status on this claim.
Furthermore, if you have not heard from the National Tort Center prior to expiration
of the six month adjudication period, please do contact me for a status update prior
to filing litigation.

Sincerely,

Cindy J. Cozad

Cindy J. Cozad
Tort Claims Adjudicator/Examiner
Tel: 314/345-5844
E-mail: cindy.j.cozad@usps.gov

CC/ck
Enclosure

cc:     Jimmy Lopez
        Tort Claims/Collections Specialist
        File No. 770-23-00589974A

# AMENDED

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| USPS Accident & Claim # 770-23-00589974A 4600 Aldine Bender Rd. Rm 200 Houston, TX 77315-0200 | Deborah Jirinzu 2980 Creek Bend Dr., #12111, New Braunfels, TX 78130 C/o: John N. Tyler & Mark A. Sutton, attorneys |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | 08/18/1962 | divorced | 07/06/2023 | 11:09 AM |

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

Claimant was injured on July 6, 2023 in an auto collision in Harris County, Texas because a United States Postal Service employee, Jovolance Depree Bowman, failed to control her speed and collided her US Postal Service vehicle with Claimant's vehicle.
For more detailed information see the attached Rider and Police Report which are incorporated herein as though fully set forth verbatim.

**9. PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

2010 Acura TL, VIN: 19UUA9F51AA002200 - Owner: Deborah Jirinzu, 2980 Creek Bend Dr., #1211, New Braunfels, TX 78130

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Pearl White Acura TL sedan, moderate damage to rear end, including bumper and frame. See attached PD repair estimate included in the Rider which is incorporated by reference as though fully set forth verbatim herein.

**10. PERSONAL INJURY/WRONGFUL DEATH**

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

The collision caused significant injuries to Claimant's back and neck. She underwent 2 C-spine ESIs and 1 L-spine ESI. Claimant's needs a C-spine surgery at an estimated cost of $234,889.59 and an L-spine surgery at an estimated cost of $160,444.78. See attached Rider for more detailed information which is incorporated herein as though fully set forth verbatim.

**11. WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| none besides the parties | |

**12. (See instructions on reverse).** AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| $5,959.82 | $10,000,000.00 | | $10,005,959.82 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| atty for Deborah Jirinzu | 210-340-0900 | 4/6/25 |

CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM

The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729).

CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS

Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.)

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? [X] Yes　If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. [ ] No

USAA, 9800 Fredericksburg Road, San Antonio, Texas 78288
Policy #: 0062829517102

| 16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? [X] Yes [ ] No | 17. If deductible, state amount. |
|---|---|
| Full coverage | 250.00 |

16. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).
Claim has been opened and medical records and bills sent to carrier for payment of Personal Injury Protection benefits. Claimant has received $2,500.00 in Personal Injury Protection benefits. USAA has accepted the claim and made repairs to the vehicle.

19. Do you carry public liability and property damage insurance? [X] Yes　If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). [ ] No

USAA, 9800 Fredericksburg Road, San Antonio, Texas 78288

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
　A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

AMENDED

| | | |
|---|---|---|
| **CLAIM FOR DAMAGE, INJURY, OR DEATH** | **INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |

| | |
|---|---|
| 1. Submit to Appropriate Federal Agency:<br>USPS Accident & Claim # 770-23-00589974A<br>4600 Aldine Bender Rd. Rm 200<br>Houston, TX 77315-0200 | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code.<br>Deborah Jirinzu<br>2980 Creek Bend Dr., #12111, New Braunfels, TX 78130<br>C/o: John N. Tyler & Mark A. Sutton, attorneys |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | 08/18/1962 | divorced | 07/06/2023 | 11:09 AM |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

Claimant was injured on July 6, 2023 in an auto collision in Harris County, Texas because a United States Postal Service employee, Jovolance Depree Bowman, failed to control her speed and collided her US Postal Service vehicle with Claimant's vehicle.
For more detailed information see the attached Rider and Police Report which are incorporated herein as though fully set forth verbatim.

9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

2010 Acura TL, VIN: 19UUA9F51AA002200 - Owner: Deborah Jirinzu, 2980 Creek Bend Dr., #1211, New Braunfels, TX 78130

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Pearl White Acura TL sedan, moderate damage to rear end, including bumper and frame. See attached PD repair estimate included in the Rider which is incorporated by reference as though fully set forth verbatim herein.

10. PERSONAL INJURY/WRONGFUL DEATH

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

The collision caused significant injuries to Claimant's back and neck. She underwent 2 C-spine ESIs and 1 L-spine ESI. Claimant's needs a C-spine surgery at an estimated cose of $234,889.59 and an L-spine surgery at an estimated cost of $160,444.78. See attached Rider for more detailed information which is incorporated herein as though fully set forth verbatim.

11. WITNESSES

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| none besides the parties | |

12. (See instructions on reverse). AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| $5,959.82 | $10,000,000.00 | | $10,005,959.82 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| [signature], atty for Deborah Jirinzu | 210-340-0900 | 4/6/25 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

**16. Do you carry accident insurance?** ☒ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

USAA, 9800 Fredericksburg Road, San Antonio, Texas 78288
Policy #: 0062629517102

| 18. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☒ Yes ☐ No | 17. If deductible, state amount. |
|---|---|
| Full coverage | 250.00 |

**18.** If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).
Claim has been opened and medical records and bills sent to carrier for payment of Personal Injury Protection benefits. Claimant has received $2,500.00 in Personal Injury Protection benefits. USAA has accepted the claim and made repairs to the vehicle.

**19. Do you carry public liability and property damage insurance?** ☒ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☐ No

USAA, 9800 Fredericksburg Road, San Antonio, Texas 78288

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
A. Authority: The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. Principal Purpose: The information requested is to be used in evaluating claims.
C. Routine Use: See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. Effect of Failure to Respond: Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid".

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

**CLAIMANT DEBORAH JIRINZU'S**
**RIDER ATTACHMENT TO FORM 95 FOR DAMAGE, INJURY, OR DEATH**

This Rider to the Amended SF-95 endeavors to provide additional information to the United States Postal Service, DOJ, and government generally regarding the Sections set forth below:

| | |
|---|---|
| **Section 8.** | **BASIS OF CLAIM** |
| **Section 10.** | **PERSONAL INJURY** |
| **Section 11.** | **WITNESSES** |

---

**Section 8. BASIS OF CLAIM**

The basis of this claim is under the Federal Torts Claims Act, 28 U.S.C. § 1339 and 39 U.S.C. § 409, et. seq.

This notice of claim is filed on behalf of claimant, Deborah Jirinzu.

On July 6, 2023, Mr. Jirinzu was driving her 2010 Acura TL sedan and heading South on Hufsmith Kohrville Rd. when she came to a stop for the red light behind another vehicle at the intersection with 11600 Fountain Bend Dr. in the greater Houston, Texas area. *See Enclosed Peace Officer's Crash Report.* At the same time and in the same general place Ms. Jovolance Depree Bowman, an employee of the United States Postal Service who was acting in the course and scope of her employment, was driving a 1991 GMC G-series vehicle. Ms. Bowman failed to control her speed and crashed into the rear of Ms. Jirinzu's vehicle with such force that it pushed her 3800 pound Acura into the rear of the vehicle that was stopped and waiting at the light in front of her, operated by Ms. Kimberly Ann Gueterlsloh.

Ms. Bowman's acts and/or omissions constitute negligence under the Texas common law in that she:

1) in failing to yield the right of way to Plaintiff and colliding his vehicle into the vehicle Plaintiff was driving;

2) in being inattentive and colliding his vehicle into the vehicle Plaintiff was driving;

3) in failing to keep such lookout that a person of ordinary prudence would have kept under the same or similar circumstances and colliding his vehicle into the vehicle Plaintiff was driving;

4) in failing to apply or timely apply the brakes to his vehicle and colliding his vehicle into the vehicle Plaintiff was driving;

5) in driving at an excessive or unreasonable rate of speed such that he was unable to stop or prevent his vehicle from colliding into the vehicle Plaintiff was driving;

1

6) in failing to drive safely by colliding his vehicle into the vehicle Plaintiff was driving;

7) while following behind Plaintiff, he failed to maintain an assured clear distance between his vehicle and Plaintiff's vehicle so that he could safely stop his vehicle without colliding into Plaintiff; and

8) failure to keep a proper lookout such that he was unable to safely stop his vehicle without colliding into Plaintiff.

Ms. Bowman's acts and/or omissions constitute negligence per se in that she violated:

1) Texas Transportation Code § 545.062, by failing to maintain an assured clear distance between his vehicle and Plaintiff's vehicle while following behind Plaintiff's vehicle such that he was unable to safely stop without colliding with Plaintiff's vehicle; and

2) Texas Transportation Code § 545.351, by failing to control the speed of a vehicle as necessary to avoid colliding with another person or vehicle that is on the highway in compliance with law and by breaching the duty of each person to use due care;

Each of the above acts and/or omissions, singularly or in combination with others alleged herein, constitute negligence and/or negligence per se and were the proximate cause or causes of the injuries and damages suffered by Claimant, and for such injuries and damages Claimant now sues and for such sums the United States Postal Service is liable for the acts and/or omissions of Ms. Jovolance Depree Bowman's under the theories of *respondeat superior* and vicarious liability.

## Section 10.  PERSONAL INJURY

Claimant Deborah Jirinzu seeks the recovery of any and all personal injury damages for her losses under the applicable law, including, but not limited to, all economic and non-economic damages such as loss of past and future income, past and future medical, past and future impairment, past and future disfigurement, and damages for past and future mental anguish and pain and suffering, and any other damages recoverable under applicable law.

Claimant has received diagnoses indicating injuries to her lower back, neck, and body generally.

**The MRI Imaging Findings and Impressions of Claimant's injures are as follows:**

- MRI Lumbar Spine (11-22-23):
    1. Prior surgery at the T-12-L1 level has been performed
    2. Moderate narrowing with diminished signal at the L4-L5 level
    3. At L4-L5 a 4mm disc herniation is seen flattening the thecal sac with compression of the L5 bilateral nerve root sleeves and mild bilateral foraminal narrowing/stenosis
    4. At L5-S1 a 4mm right subarticular and foraminal disc herniation compresses the right S1 nerve root with extension into the right

2

neuroforamen. Severe narrowing of the right neuroforamen is seen with compression of the exiting right L5 nerve root.

*See* American Health Imaging, MRI L Spine 11.22.23, pg. 1

- MRI, Cervical Spine (11-22-23):
  1. Narrowing with diminished signal at the C5-C6 cervical disc
  2. At C3-C4 there is a 3mm disc herniation with a tear in the outer annulus which is flattening the thecal sac
  3. At C4-C5 a 3mm disc herniation effacing (aka totally flattening) the thecal sac with moderate left foraminal narrowing/stenosis
  4. At C5-C6 a 3mm disc bulge flattens the thecal sac with moderate bilateral foraminal narrowing/stenosis

*See*, American Health Imaging, MRI C Spine 11.22.23, pg. 1.

Ms. Jirinzu is not a candidate for Cervical Epidural Steroid Injections due to the presence of spinal cord stimulator leads. However, **Claimant has undergone the following medical procedures and/or surgeries as a result of injuries sustained in the incident made the subject of this claim:**

- Cervical Facet Joint Injection, 3 Levels (12-20-23)
- Lumbar (S1) Epidural Steroid Injection (1-25-23)
- Lumbar Spine Epidural Steroid Injection (2-8-23)

## 1. Past Medical

Below is a chart detailing the amounts that Claimant has either paid or incurred for treatment for injuries sustained in the collision made the basis of this claim:

| PROVIDER | Total Charges | Insurance Paid | Amount Written Off - Adjusted | Patient Paid | Outstanding Balance | Total of: Pd by Ins., Pd by Patient, + Outstanding Balance |
|---|---|---|---|---|---|---|
| Harris County EMS | 2,424.84 | 0.00 | 0.00 | 0.00 | 2,424.84 | 2,424.84 |
| Consultants in Pain Med | 28,326.00 | 0.00 | 0.00 | 0.00 | 28,326.00 | 28,326.00 |
| American Health Imag | 7,110.00 | 0.00 | 0.00 | 0.00 | 7,110.00 | 7,110.00 |
| TXCA Houston Wellacare Tomball | 5,341.21 | 2,025.89 | 4,302.35 | 0.00 | 0.00 | 2,025.89 |
| Spine & Pain Cntr of SA | 2,830.41 | 784.97 | 1,605.44 | 0.00 | 440.00 | 1,224.97 |
| Dr. Frank Kuwamura | 2,477.00 | 0.00 | 0.00 | 850.00 | 1,627.00 | 2,477.00 |
| Professional Therapy Svs | 6,530.00 | 0.00 | 0.00 | 0.00 | 6,530.00 | 6,530.00 |
| **TOTAL** | **55,039.46** | **2,810.66** | **6,488.37** | **850.00** | **46,457.84** | **50,118.50** |

Chart Paid and Incurred — Name: Deborah Jirinzu — DOA: July 6, 2023

3

**To date Claimant has Paid &/or Incurred Medical Expenses totaling $50,118.50.**

Please see the attached Medical Records related to the Bills referenced in the summary of Medical Expenses that have been Paid &/or Incurred by Claimant to date.

## 2. Future Medical Needs

Unfortunately, Ms. Jurinzu's injuries have not responded as hoped to conservative care, ***and her underlying MS has been greatly aggravated by the collision***. To address her ongoing pain and symptoms Ms. Jirinzu was referred to Dr. Frank Kuwamura, III, M.D. Dr. Kuwamura is a Board Certified Orthopedic spine surgeon and holds multiple patents for technology and devices developed for use in the treatment of spinal and other medical conditions.

### A. Back Injury

Dr. Kuwamura has opined based on reasonable medical probability that Claimant suffered injuries to her lumbar spine at the L2-L3, L3-L4, L4-L5, L5-S1 with neural foramina narrowing at L4-L5 and L5-S1 as a result of the collision and that it is medically necessary for her to undergo surgery for her to achieve lasting relief. To do so, Dr. Kuamura proposes to perform a microscopic laminectomy discectomy at the L4-L5 and L5-S1 levels with VIA Disc grafting. **Dr. Kuwamura has estimated that a reasonable global charge for he and his team to perform this procedure in the community to be $160,444.78.** *See* Dr. Kuwamura Surgical Estimate Letter, Lumbar Spine, dated 3-18-24.

### B. Neck Injury

Dr. Kuwamura has opined based on reasonable medical probability that Claimant suffered injuries to her cervical spine at the C3-C4, C4-C5, C5-C6 and C6-C7 levels and bilateral neural foramina narrowing as a result of the collision and that, like her low back, surgery is medically necessary for her in order to have chance at long-term relief. To do so, Dr. Kuamura proposes to perform an anterior cervical discectomy and fusion at the C4-C5 and C5-C6 levels. **Dr. Kuwamura has estimated that a reasonable global charge for he and his team to perform this procedure in the community to be $234,889.59**. *See* Dr. Kuwamura Surgical Estimate Letter, Cervical Spine, dated 3-18-24.

**The cost of Claimant's Future Medical Care totals $ 395,333.78. Claimant's economic damages proximately caused by the collision total $445,452.28.**

## 3. Past & Future Pain, Suffering, Impairment and Disfigurement

Claimant has endured significant pain and suffering, impairment, and disfigurement arising from her injuries sustained in the collision made the basis of this claim. Furthermore, Claimant will be forced to endure even more pain and suffering and additional impairment in the long term as well due to physical disfigurement arising from her injuries and treatments. **Claimant is entitled to compensation for these non-economic elements of her damages under Federal law.** *See, e.g., Russell v. Hall*, 2020 U.S. Dist. LEXIS 255495, at *15 (N.D. Tex. 2020).

4

It is widely documented throughout Ms. Jirinzu's medical records that she suffered from both MS and Chronic Pain Syndrome prior to the subject crash. **These conditions were aggravated by the crash and have caused her pain and symptoms from the collision to be significantly more impactful than for somebody without these underlying conditions.** *See*, e.g., CIPM Notes for DOS 11-13-23, pg. 2 (Past medical history). It is highly likely that a judge would award an amount for physical pain and mental anguish that is equal to or greater than the economic damages.

**Ms. Jirinzu's damages caused by the subject collision total to no less than $999,999.99.**

**Section 11. WITNESSES:**

The following entities and individuals identified herein have or may have knowledge of the incident made the basis of this suit, and/or the nature, extent, cause of Claimant's injuries, and/or the treatment Claimant has received or will in all reasonable medical probability need to receive for the injuries he sustained in the incident made the basis of this suit and the reasonable charges for said treatment and prospective treatment:

1. Ms. Debora Jirinzu, Claimant
2980 Creek Bend Dr., New Braunfels, TX 78130
Ms. Jirinzu may be contacted through her attorneys of record in this matter:
Mr. Mark A. Sutton and Mr. John N. Tyler,
The Law Offices of Tyler & Peery
5822 IH-10, San Antonio, TX 78201
(210) 340-0900

2. Ms. Jovolance Depreee Bowman, driver who collided with Claimant
Address on Date of Incident: 15903 Yorktown Crossing Pkwy, Apt. 718, Houston, TX 77084
(713) 226-3753

3. Ms. Kimberly Ann Guetersloh, other driver involved in the collision
14500 Cutten Rd., Houston, TX 77069
(281) 736-1196

4. Scott Hardin, ID No. C40163, Investigating/Responding Officer
Harris County Constable, Precinct 4
6831 Cypresswood Dr, Spring, TX 77379
(281) 376-3472

5. Dr. Frank Kuwamura and any and all providers and staff who treated Claimant at:
MD Spine Care
525 Oak Centre Dr, San Antonio, TX 78258
(210) 504-3650

6.  Any and all providers and staff who treated Claimant at:
Harris County ESD 11-EMS
18334 Stuebner Airline Rd
Spring, TX 77379
Tele: 346-226-8860

7.  Any and all providers and staff who treated Claimant at:
HCA Houston Healthcare
605 Holderrieth Blvd Tomball, TX 77375
(281)401-7500

8.  Dr. Raul Martinez and any and all providers and staff who treated Claimant at:
Consultants in Pain Medicine (CIPM), d/b/a Texas Pain Experts
3202 Cherry Ridge Dr STE. 103
San Antonio, TX 78230
(210) 942-6641

9.  Any and all providers and staff who treated Claimant at:
Professional Therapy Services
468 S Seguin Ave. Ste. #100,
New Braunfels, TX 78130
(830) 217-9732
(830) 217-9288

10. Dr. Westmoreland and any and all providers and staff who treated Claimant at:
Pak Medical Group –
1762 E. Common St.
New Braunfels 78130
(830)730-8580

11. Dr. Susan Gazda and any and all providers and staff who treated Claimant at:
Neurology Institute of SA
3603 Paesanos Parkway#300
San Antonio TX 78231
(210)692-1245

12. Dr. Sergio Alvarado and any and all providers and staff who treated Claimant at:
Spine & Pain Center of San Antonio
12602 Toepperwein #218
San Antonio TX 78233
(210)615-1901

6

## DEMAND

In light of the foregoing, Ms. Jirinzu hereby demands payment in the amount of $999,999.99 from the United States government and the United States Postal Service for her damages caused by the negligence acts and omissions of its employee, Ms. Jovolance Depreee Bowman.

# ATTORNEY/CLIENT AGREEMENT

## STATE OF TEXAS

## COUNTY OF BEXAR

**KNOW ALL MEN BY THESE PRESENTS**

WHEREAS **Deborah Jirinzu** (hereinafter called Client) desires to retain the services of the law firm of Tyler & Peery (hereinafter called Attorney) to represent Client for damages as set forth below arising out of the automobile accident which occurred in **Harris County** _____ Texas, on or about **July 6, 2023** (hereinafter referred to as the "claim"). Client and Attorneys agree that Attorneys will represent Client pursuant to the following agreement, to wit:

1. Attorneys agree to represent Client on Client's claim for personal injury damages arising out of the above described accident against any and all persons or parties responsible for such damages. This includes, but is not limited to, all personal injury claims against any product manufacturer or distributor, negligent party, its employer, party's insurance carrier, excess carrier, and any uninsured or underinsured carrier of any person or entity that may be liable to pay Client's personal injury damages.

2. Attorneys encourage client to settle their own property damage claim. If any, Attorneys will attempt to settle client in settling their property damage claim, if requested. Attorney do not charge for legal services with respect to the property damage recovery, if any, prior to the filing of a lawsuit. Attorney has the responsibility for pursuing a property damage claim is not required prior to filing of this lawsuit, Attorneys will include the property damage claim as part of the lawsuit, and a contingency fee will be charged in accordance with paragraph 3 below.

3. **AMOUNT OF FEE:** For and in consideration of the _____ 25% to be rendered by the Attorney, Client agrees to pay and hereby assigns to _____ a lien on this case to be named as _____ 33⅓% of any amount recovered as Client's claim. If a client _____ any amount recovered as Client's claim. This is a contingency fee agreement and the Attorney's fee is calculated from the total of any amount recovered. If Client's claim total amount of action arising from such claim on such that the fee allowed to an attorney is set by law, then the amount payable hereunder to said Attorney shall be limited to the maximum as allowed by law. Attorneys agree that unless there is recovery, there will be no attorney's fees charged in this case.

4. Typically, the recovery is in a one-time lump sum. However, if the case is settled by means of a structured settlement or annuity, then the Attorney's fees will be calculated based upon the present value benefit of the structured settlement or annuity to the client at the time of settlement.

5. **EXPENSES:** Any case expenses incurred by the Attorneys, including, but not limited to, *client advances, court costs, investigation fees, expert's fees, interest costs, costs of obtaining medical records and medical billing records, costs of obtaining and creating exhibits, photographs, video reproduction costs, travel expenses, postage and other like costs* shall be repaid to the Attorney after the contingent fee is calculated and deducted from the total recovery. If, however, at the final disposition of the case, there is not any recovery, then Client will not be charged or required to repay Attorney for any litigation expenses. If however, there is recovery, but the recovery is not sufficient to repay Attorney for all litigation expenses incurred by Attorney, then Client will not be charged for any remaining litigation expenses.

6. No compromise or settlement of Client's claim will be made without the consent of Client. Client agrees to notify Attorney with written change of address and telephone numbers so as to enable in preparing Client's case.

7. Attorneys are hereby granted full authority to sign and endorse all legal instruments, pleadings, drafts, authorizations and papers it shall be reasonably necessary to conclude this claim, including, but not limited to, authorization for the _____ of any kind depositing into the trust account of Attorney's for final disposition. Attorney is hereby granted authorization to release medical and psychological information as shall be reasonably necessary to conclude this claim at their discretion.

8. At the time of settlement and/or recovery, Attorneys are hereby authorized by Client to pay on Client's behalf from Client's portion of the settlement any remaining unpaid medical bills incurred by the Client in connection with this case.

9. Client authorizes Attorneys to associate with other Attorneys, but in such event, the Client shall not be liable for any costs incurred or any additional attorney's fees other than those set out above.

10. IT IS FURTHER UNDERSTOOD AND AGREED by said Client that said Attorneys, after investigation of the facts and research of Law, may at any time return to the said copies of all documents related to the aforesaid claims back to the Client; in such event, said Attorneys shall be released from further action on said claims and discharge from further obligation under this contract, and shall have no further liability or responsibility to said Client with this matter.

SIGNED AND AGREED on this **23** day of **October** 20**23**

_____
BY:
TYLER & PEERY

x _Deborah Jirinzu_ 20**23**
CLIENT

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. James "Jimmy" A. Lopez,
Tort Claims and Collections Specialist
United States Postal Service
4600 Aldine Bender Rd., Ste. 200
Houston, TX 77315

9590 9402 9417 5002 5516 63

2. Article Number (Transfer from service label)

9589 0710 5270 2061 8726 30

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____   ☐ Agent
                              ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

DELLA LEWIS - BASTA    6/12/25

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053        Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ms. Cindy J. Cozad
Tort Claims Adjudicator/Examiner
1720 Market Street, Room 2400
St. Louis, MO 63155

9590 9402 9417 5002 5516 70

2. Article Number (Transfer from service label)

9589 0710 5270 2061 8726 54

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____   ☐ Agent
                              ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053        Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Chief Counsel, Torts
General Law Service Center
USPS National Tort Center
1720 Market Street, Room 2400
St. Louis, MO 63155-9948

9590 9402 9417 5002 5516 56

2. Article Number (Transfer from service label)

9589 0710 5270 2061 8726 47

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____   ☐ Agent
                              ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053        Domestic Return Receipt